# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHARLES MATTHEW JOHNSON                               PLAINTIFF

v.                      No: 1:18-cv-39 DPM

SHARP COUNTY DETENTION CENTER                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Johnson hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2018