# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHARLES MATTHEW JOHNSON     PLAINTIFF

v.     No: 1:18-cv-39 DPM

SHARP COUNTY DETENTION CENTER     DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 July 2018